732 ■

■

### In the Matter of Gerald Robert PATTERSON, a/k/a G. Robert Patterson.

### No. 452 Disciplinary Docket No. 3

Supreme Court of Pennsylvania.

Oct. 28, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October, 1998, Gerald Robert Patterson, a/k/a G. Robert Patterson, having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated February 24, 1998; the said Gerald Robert Patterson, a/k/a G. Robert Patterson, having been directed on August 20, 1998, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Gerald Robert Patterson, a/k/a G. Robert Patterson, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Charles Ellis STEELE, Respondent.

### No. 311 Disciplinary Docket No. 3

Supreme Court of Pennsylvania.

Oct. 28, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October, 1998, there having been filed with this Court by

Charles Ellis Steele his verified Statement of Resignation dated August 10, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Charles Ellis Steele be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to April 12, 1997; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.